IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LEE ALEXANDER BROOKS, #37279                                    PLAINTIFF

V.                                    CIVIL ACTION NO. 3:08cv757-DPJ-JCS

JAMES NEWMAN, TONY ROUSE,
JOSEPH COTHERN and WALTER BEASLEY                               DEFENDANT

## JUDGMENT OF DISMISSAL AFTER JURY TRIAL

This matter came before this Court for a jury trial on April 5 & 6, 2010. The matter was heard by a jury, which, after due deliberation, returned a unanimous verdict in favor of the Defendants, and each of them.

Judgment is therefore entered in favor of the Defendants, James Newman, Tony Rouse and Joseph Cothern and against the Plaintiff. Plaintiff is to take nothing by the Complaint.

**SO ORDERED AND ADJUDGED** this the 9th day of April, 2010.

                                          s/ *Daniel P. Jordan III*
                                        UNITED STATES DISTRICT JUDGE